IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES M. SWEENEY, *et al*., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 09 C 6965 |
| | ) | |
| CORNERSTONE MATERIAL RECOVERY INCORPORATED, an Illinois corporation, | ) ) | JUDGE BLANCHE M. MANNING |
| | ) | |
| Defendant. | ) | |

## **MOTION FOR ENTRY OF JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment against Defendant, CORNERSTONE MATERIAL RECOVERY, INCORPORATED, an Illinois corporation, the default of the Defendant having been entered on January 14, 2010, in the total amount of $686.29, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $2,718.75.

/s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL   60606-5231
Bar No.: 6288574
Telephone:  (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\MOEJ\Cornerstone Material\motion for entry of judgment.cms.df.wpd

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 23rd day of March 2010:

                      Mr. Mark H. Schiff, Registered Agent
                      Cornerstone Material Recovery Incorporated
                      440 W. Randolph Street, Suite 500
                      Chicago, IL   60606

                      Cornerstone Material Recovery, Inc.
                      4172 Bull Valley Road
                      McHenry, IL   60050

                                      /s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\MOEJ\Cornerstone Material\motion for entry of judgment.cms.df.wpd